I. KALFUS Co., INC., Respondent, *v.* AD PRESS, LTD., Appellant.

Supreme Court, Appellate Term, First Department, June 26, 1945.

*Myron Engelman* for appellant.

*David I. Michaelson* for respondent.

MEMORANDUM *Per Curiam.* No right of action was given to plaintiff by reason of defendant's alleged failure to comply with the provisions of the Sanitary Code (*Sheafer* v. *Breen, Inc.,* 263 App. Div. 135).

The order should be reversed and defendant's motion for summary judgment granted, with $10 costs.

HAMMER, SHIENTAG and EDER, JJ., concur.

Order reversed, etc.